FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01025-ZLW

PAUL RODRIGUEZ,
    Plaintiff,

v.

MR. (?) SANCHEZ, BB Unit Case Manager,
DR. CALVIN L. POLLAND, D.O., Clinical Director, and
MR. STEVE MEAD, Health Services Administrator,
    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Paul Rodriguez has filed *pro se* on August 22, 2005, a letter to the Court in which he asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on July 25, 2005. The Court must construe the letter liberally because Mr. Rodriguez is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Rodriguez' letter to the Court, which was filed more than ten days after the Court's July 25, 2005, Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b).  Relief under Rule 60(b) is appropriate only in extraordinary circumstances.  *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice because Mr. Rodriguez failed to cure the deficiencies.  Specifically, Mr. Rodriguez failed either to pay the $250.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Mr. Rodriguez argues in the motion to reconsider that he did pay the filing fee within the time allowed.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Rodriguez fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action.  The Court does not have any record of receiving any money from Mr. Rodriguez for payment of the filing fee in this action.  Therefore, the motion to reconsider will be denied.  Accordingly, it is

ORDERED that Plaintiff's letter to the Court filed on August 22, 2005, which the Court has construed liberally as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 26 day of Aug., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

Case 1:05-cv-01025-ZLW   Document 5   Filed 08/29/05   USDC Colorado   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01025-OES

Paul Rodriguez
Reg. No.30991-013
USP-HIGH
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/29/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk